# EXHIBIT A-1

# Bnois Spinka
# Budget
# Boys-Kent
Dec 1 - Dec 31

| | | |
|---|---:|---|
| **Ordinary Income/Expense** | | |
|   **Income** | | |
|     Tuition | 45,000.00 | 0.7 |
|     Registeration | | |
|     Building Fund | | |
|     Beabove | 10,601.00 | |
|     Lunch Program | 40,000.00 | |
|   Vouchers | 85,000.00 | |
| **Total Income** | 180,601.00 | |
| | | |
| **Expense** | | |
|   Insurance | 2,500.00 | |
|   Student Activity Programing | 2,500.00 | |
|   Programs Expenses | 7,000.00 | |
|   Transportation Expenses | 38,000.00 * | |
|     Utilities | 7,000.00 | |
|     Maintenance | 3,750.00 | |
|       base board | 3,500.00 | |
|       locksmith | 5,000.00 | |
|       tile repairs | 2,500.00 | |
|       clean windows | 1,500.00 | |
|       Thearpy rooms | 10,000.00 | |
|   Food Expense | 33,000.00 | |
|     Hygene Activity | 0.00 | |
|     Childerns Activities-Arts And Crafts | 4,000.00 | |
|     Incentive for Students | 1,875.00 | |
|     Printing and Copying Equipment | 1,500.00 | |
|     Students Misc. - Other | 125.00 | |
|     Total Office Supplies | 975.00 | |
|     Rent Office | 625.00 | |
|     Payroll Processing | 245.00 | |
|   Collecting Receivables | 1,500.00 | |
|     Advertising Expense | 375.00 | |
|     Operating Expenses - Other | 250.00 | |
|     Looking to Hire | 100.00 | |
|     Payroll | 70,000.00 ** | |
|     Parsonage | 55,000.00 ** | |
|     Payroll Taxes | 5,355.00 | |
|     Workers' Compensation | 2,770.00 | |
| **Total Expense** | 260,945.00 | |

# Bnois Spinka
# Budget
# Boys-Kent

Dec 1 - Dec 31

| | |
|---|---|
| Net Ordinary Income | -80,344.00 |

# EXHIBIT A-2

# Bnois Spinka
## Budget
## Girls Wallabout
## Dec 1 - Dec 31

**Ordinary Income/Expense**

  **Income**

| | | |
|---|---:|---:|
|     Tuition | 19,600.00 | 0.3 |
|     Registration | | |
|     Building Fund | | |
|     Rent | 3,007.00 | |
|     Lunch Program | 13,000.00 | |
|   Vouchers | 11,000.00 | |
| **Total Income** | **46,607.00** | |

  **Expense**

| | | |
|---|---:|---|
|   Insurance | 2,500.00 | |
|   Student Activity Programing | 1,000.00 | |
|   Programs Expenses | 2,500.00 | |
|   Transportation Expenses | 13,000.00 | * |
|     Utilities | 3,000.00 | |
|     Maintenance | 1,250.00 | |
|   Food Expense | 11,000.00 | |
|     Hygene Activity | 200.00 | |
|     Childerns Activities-Arts And Crafts | 1,100.00 | |
|     Incentive for Students | 625.00 | |
|     Printing and Copying Equipment | 500.00 | |
|     Students Misc. - Other | 50.00 | |
|     Total Office Supplies | 325.00 | |
|     Rent Office | 0.00 | |
|     Payroll Processing | 80.00 | |
|   Collecting Receivables | 375.00 | |
|     Advertising Expense | 125.00 | |
|     Operating Expenses - Other | 50.00 | |
|     Looking to Hire | 25.00 | |
|   Payroll | 22,500.00 | ** |
|   Parsonage | 19,000.00 | ** |
|   Payroll Taxes | 1,721.25 | |
|   Workers' Compensation | 1,024.00 | |
| **Total Expense** | **81,950.25** | |

**Net Ordinary Income**      -35,343.25

  \* See separate explanation
\*\* this cycle has 3 bi weekly pay periods

# EXHIBIT A-3

# Yeshiva Nachlas Zvi D'krula - Camp Account
## Profit Loss Forecast
### December

|  | Dec 1 - Dec 31 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Tuition | $ 2,000.00 |
| **Programs Income** | |
| Lunch Program | $ - |
| Donations | $ 500.00 |
| **Total Income** | **$ 2,500.00** |
| | |
| **Gross Profit** | $ 2,500.00 |
| | |
| **Expense** | |
| Liability Insurance | $ 1,000.00 |
| Total Programs Expenses | $ - |
| Total Transportation Expenses | $ - |
| Total Utilities Electric and Gas | $ 1,500.00 |
| Total Maintenance | $ 2,500.00 |
| Total Food Expense | $ - |
| Total Activities-Entertainment | $ - |
| Gifts for Students | $ - |
| Printing and Copying | $ - |
| Students Misc. - Other | $ - |
| Total Office Supplies | $ - |
| Rent Office | $ - |
| Payroll Processing | $ 50.00 |
| Collecting Receivables | $ 250.00 |
| **Operating Expenses** | |
| Advertising Expense | $ - |
| Printing | $ - |
| Total Payroll Expenses | $ 2,000.00 |
| Workers' Compensation | $ 500.00 |
| **Total Expense** | **$ 7,800.00** |
| | |
| **Net Ordinary Income** | **$ (5,300.00)** |

# EXHIBIT A-4

Cong ZSZ krula
December
30 day forecast

## Income

| | |
|---|---|
| Mikvah | $4,800.00 |
| Donations Nadurem Naduves | $22,500.00 |
| Pushka | $1,100.00 |
| Coffee Sponser | $1,200.00 |
| Total | $29,600.00 |

## Expenses

| Vendor Name | Item | Amount |
|---|---|---|
| ConED | | $6,000.00 |
| Keyspan | | $6,000.00 |
| food and related programs | | $10,000.00 |
| general repairs | | $4,000.00 |
| Maintanance Supplies | | $2,500.00 |
| Maintance | | $3,700.00 |
| Religious Articles | | $4,000.00 |
| S&R Trading | Candles | $250.00 |
| Printing | Graphics and printing | $200.00 |
| office suplies | | $100.00 |
| Total Expenses | | $36,750.00 |
| Net Income | | ($7,150.00) |